HOSODA LAW GROUP
Attorneys at Law, A Law Corporation

LYLE S. HOSODA            3964-0
SPENCER J. LAU            11105-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com; sjl@hosodalaw.com

FITZPATRICK, HUNT & PAGANO LLP

DOUG GRIFFITH            *Pro Hac Vice*
633 West Fifth Street, 60th Floor
Los Angeles, California 90071
Telephone:  (213) 873-2100
Email: doug.griffith@fitzhunt.com


Attorneys for Defendant
SIKORSKY AIRCRAFT CORPORATION

**STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND ALL PARTIES**

*(case caption continued on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| MICHELLE MAURICE, Individually and as Personal Representative of the Estate of DANIEL MAURICE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION, *et al.*,<br><br>Defendants. | Civil No. 24-00080 MWJS-WRP<br>Civil No. 24-00076 MWJS-WRP<br>(Consolidated)<br><br>Related to<br>Civil No. 24-00018 MWJS-WRP<br>Civil No. 24-00032 MWJS-WRP<br>(Consolidated)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES** |

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff MICHELLE MAURICE, Individually and as Personal Representative of the Estate of DANIEL MAURICE, Deceased, and Defendant SIKORSKY AIRCRAFT CORPORATION, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai‘i, to dismiss all claims and parties in this action, with prejudice, with each party to bear their/its own attorneys' fees and costs. No parties remain in this action and all parties who have appeared have signed this stipulation.

Case 1:24-cv-00080-MWJS-WRP   Document 49   Filed 05/28/25   Page 3 of 3   PageID.309

DATED:   Honolulu, Hawaiʻi, May 28, 2025.

/s/ Lyle S. Hosoda  
LYLE S. HOSODA  
SPENCER J. LAU  

/s/ Doug Griffith  
DOUG GRIFFITH (*Pro Hac Vice*)  
RACHEL S. STERN (*Pro Hac Vice*)  

Attorneys for Defendant  
SIKORSKY AIRCRAFT  
CORPORATION  

/s/ Stuart R. Fraenkel  
STUART R. FRAENKEL (*Pro Hac Vice*)  
CARLOS F. LLINAS-NEGRET (*Pro Hac Vice*)  
SERGIO RUFO  

Attorneys for Plaintiff  
MICHELLE MAURICE, Individually and as Personal Representative of the Estate of DANIEL MAURICE, Deceased  

APPROVED AS TO FORM.



/s/ Micah W.J. Smith  
Micah W.J. Smith  
United States District Judge

JUDGE OF THE ABOVE-ENTITLED COURT

*Maurice v. Sikorsky Aircraft Corp.*; Civil No. 24-00080 MWJS-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

2